IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PENNY SAUNDERS, INDIVIDUALLY AND
ON BEHALF OF THE ESTATE OF HER
DECEASED HUSBAND, STEPHEN
SAUNDERS, AND ON BEHALF OF HER
MINOR CHILD, BRANDY SAUNDERS                                             PLAINTIFF

VERSUS                                            CIVIL ACTION NO: 1:02cv42WJG-JMR

GULF COAST FABRICATION, INC., HALTER
MARINE, INC., SABRE PERSONNEL
ASSOCIATES, INC. AND LEXINGTON
INSURANCE COMPANY                                                        DEFENDANTS

FINAL JUDGMENT

This cause is before the Court on the motion [34-1] for summary judgment filed by the Defendants pursuant to Federal Rule of Civil Procedure 56.  Pursuant to the Memorandum Opinion entered in this cause, this date, incorporated herein by reference, it is hereby,

ORDERED AND ADJUDGED that Defendants' motion for summary judgment [34-1] be, and is hereby, granted.  It is further,

ORDERED AND ADJUGED that the above styled action be, and is hereby, dismissed with prejudice.  It is further,

ORDERED AND ADJUDGED that each party bear their respective costs in connection with this action.

SO ORDERED AND ADJUDGED this the 23rd day of June, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE